IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KARREN TRAPPIO PLAINES,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3751

Opinion filed July 16, 2014.

An appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

Nancy A. Daniels, Public Defender, and Joel Arnold, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Samuel Steinberg and Jay Kubica, Assistant
Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

VAN NORTWICK, ROBERTS, and CLARK, JJ., CONCUR.